MARY EDDERY, as Administratrix of the Estate of ANDREW EDDERY, Deceased, Respondent, *v.* INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

*Eddery* v. *Interborough Rapid Transit Co.*, 172 App. Div. 882, affirmed.

(Argued January 23, 1917; decided February 9, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. The complaint alleged that intestate, an employee of the defendant, was killed while in such service because of alleged negligence of the defendant, in that defendant failed to furnish intestate with a reasonably safe place, appliances, lights, ways, works, tracks and signals in and in connection with which to work, and failed to reasonably safeguard, inspect and keep safe the same. The answer raised the general issue by general denials, and set up as defenses the contributory negligence of the decedent, the neglect of fellow-servants, and the decedent's assumption of the risks of his employment.

*Lamar Hardy,* Corporation Counsel (*William E. C. Mayer* and *Terence Farley* of counsel), for appellant.

*Thomas J. O'Neill* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and CRANE, JJ.